FILED

08 MAR 12 PM 4:31

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 0727 WQH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 21, U.S.C., Sec. 841(a)(1) – Possession of Marijuana with Intent to Distribute |
| CHRISTIAN GUTIERREZ, | |
| Defendant. | |

The grand jury charges:

On or about January 2, 2008, within the Southern District of California, defendant CHRISTIAN GUTIERREZ did knowingly and intentionally possess, with intent to distribute, 1,000 kilograms and more, to wit: approximately 1,738.68 kilograms (3,833.79 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: March 12, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
W. MARK CONOVER
Assistant U.S. Attorney

WMC:fer:Imperial
3/11/08