FILED

08 MAR 12 PM 4:30

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 0727 WQH |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| CHRISTIAN GUTIERREZ, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Christian Gutierrez</u>, Criminal Case No. 08CR0272-WQH.

DATED: March 12, 2008.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney