```
 1  KAREN P. HEWITT
    United States Attorney
 2  JAMES P. MELENDRES
    Assistant United States Attorney
 3  California State Bar No. PENDING
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  619 557-6327 (Telephone)/619 235-2757 (Fax)
    E-mail: James.Melendres@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0727-WQH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF RELATED CASE |
| v. | ) | |
| CHRISTIAN GUTIERREZ, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please take notice that the above-entitled case is related to <u>United States v. Daniel Figueroa-Moreno, et al.</u>, Criminal Case No. 08CR0270-H; <u>United States v. Adolfo Jonathan Torres</u>, Criminal Case No. 08CR0304-W; and <u>United States v. Horaldo Flores</u>, Criminal Case No. 08CR0358-WQH.

DATED: April 28, 2008.

                                          KAREN P. HEWITT
                                          United States Attorney

                                          s/James P. Melendres
                                          JAMES P. MELENDRES
                                          Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRISTIAN GUTIERREZ,<br><br>    Defendant. | Criminal Case No. 08CR0727-WQH<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

  I, James P. Melendres, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

  I am not a party to the above-entitled action. I have caused service of the Notice of Related Case as lead counsel for the United States, dated April 28, 2008, and this Certificate of Service, dated April 28, 2008, on the following party or parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies:

  William R. Burgener, Attorney for the Defendant.

  I declare under penalty of perjury that the foregoing is true and correct.

  EXECUTED on April 28, 2008.

                  s/James P. Melendres
                  JAMES P. MELENDRES
                  Assistant U.S. Attorney