UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.: 08CR0727 |
| Plaintiff, | ) PROOF OF SERVICE |
| vs. | ) |
| CHRISTIAN GUTIERREZ, | ) |
| Defendant. | ) |

IT IS HEREBY CERTIFIED THAT:

I, WILLIAM R. BURGENER, am a citizen of the United States and am at least eighteen years of age. I am employed at the Law Offices of William R. Burgener. My business address is 1775 Hancock Street, Suite 285, San Diego, California 92110-2041.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF MOTION AND MOTION TO: 1.) COMPEL DISCOVERY 2.) LEAVE TO FILE FURTHER MOTIONS** and **POINTS AND AUTHORITIES IN SUPPORT OF MOTION** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. James Melendres
   Assistant U.S. Attorney
   880 Front Street, Rm. 6293
   San Diego, CA 92101-8893

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 28, 2008        s/ William R. Burgener
                             WILLIAM R. BURGENER