```
                                              FILED
                                          2008 JUN -4  PM 4:18
                                          CLERK US DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                          BY_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0727-WQH |
| Plaintiff, ) | I N D I C T M E N T |
| ) | (Superseding) |
| v. ) | |
| ) | Title 21, U.S.C., Sec. 841(a)(1) - |
| CHRISTIAN GUTIERREZ, ) | Possession of Marijuana with |
| ) | Intent to Distribute; Title 18, |
| Defendant. ) | U.S.C., Sec. 2 - Aiding and |
| ) | Abetting |

The grand jury charges:

On or about January 2, 2008, within the Southern District of California, defendant CHRISTIAN GUTIERREZ did knowingly and intentionally possess, with intent to distribute, 1,000 kilograms and more, to wit: approximately 1,738.68 kilograms (3,833.79 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: June 4, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:nlv:Imperial
6/3/08