William R. Burgener
Law Offices of William R. Burgener
State Bar Number: 89508
1775 Hancock Street, Suite 285
San Diego, CA  92110
(619) 291-8565

Attorney for Defendant
CHRISTIAN GUTIERREZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08CR0727-WQH |
| Plaintiff, | DEFENDANT'S ACKNOWLEDGMENT AS TO NEW SENTENCING DATE |
| vs. | |
| CHRISTIAN GUTIERREZ, | DATE:   October 20, 2008<br>TIME:   9:00 A.M.<br>JUDGE: HON. HAYES |
| Defendant. | |

Defendant Christian Gutierrez, by and through his attorney, William R. Burgener, submits the attached acknowledgment from Defendant as to new sentencing date.

Respectfully submitted,

Dated: August 29, 2008          s/ William R. Burgener
                                WILLIAM R. BURGENER
                                Attorney for Defendant
                                CHRISTIAN GUTIERREZ