WILLIAM R. BURGENER
State Bar Number 89508
1775 Hancock Street, Suite 285
San Diego, CA 92110
Telephone: (619) 291-8565
Facsimile: (619) 543-0824

Attorney for Defendant
CHRISTIAN GUTIERREZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>          Plaintiff,<br><br>vs.<br><br>CHRISTIAN GUTIERREZ,<br><br>          Defendant, | CASE NO.: 08CR0727 -WQH<br><br>ACKNOWLEDGMENT FROM DEFENDANT AS TO NEW SENTENCING DATE |

I, Christian Gutierrez, the defendant in this matter, acknowledge that my hearing date has been moved from September 8, 2008 to October 20, 2008, at 9:00 AM and that my attendance is required.

Respectfully submitted,

Dated:
08-27-08

*[signature]*
CHRISTIAN GUTIERREZ

- 1 -