William R. Burgener
Law Offices of William R. Burgener
State Bar Number: 89508
1775 Hancock Street, Suite 285
San Diego, CA  92110
(619) 291-8565

Attorney for Defendant
CHRISTIAN GUTIERREZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 08CR0727-WQH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs, | ) | |
| | ) | |
| CHRISTIAN GUTIERREZ, | ) | |
| Defendant | ) | |

IT IS HEREBY CERTIFIED THAT:

    I, WILLIAM R. BURGENER, am a citizen of the United States and am at least eighteen years of age.  My business address is 1775 Hancock Street, Suite 285, San Diego, California 92110-2041.

    I am not a party to the above-entitled action.  I have caused service of ACKNOWLEDGMENT FROM DEFENDANT AS TO NEW SENTENCING DATE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1.) James Melendres
        Assistant U.S. Attorney
        880 Front Street, Room 6293
        San Diego, CA 92101-8893

Date: August 29, 2008              s/William R. Burgener
                                   WILLIAM R. BURGENER
                                   Attorney for Defendant
                                   CHRISTIAN GUTIERREZ

1